IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-1 (WLS-TQL-4) |
| BRITTANY BULLARD, | : |
| Defendant. | : |

# **ORDER**

Before the Court is Defendant Bullard's Motion to Seal (Doc. 83), filed on September 17, 2024. Therein, Defendant requests that she be allowed to file a Motion to Continue under seal. Defendant states that the sealing is necessary to protect the private information of Defendant's family from public disclosure. (*Id.*) "The common law right of access may be overcome by a showing of good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (alterations adopted) (internal quotation marks and citation omitted).

Upon review, the Court finds good cause exists to permit the Motion to Continue to be filed under seal. Accordingly, Defendant's Motion (Doc. 83) is **GRANTED**. When the Motion Continue is filed, the Clerk of Court is **DIRECTED** to docket such motion under seal to be made available only to the Parties' Counsel, the United States Probation Office, and the Court. The same shall remain sealed until further order of the Court.

**SO ORDERED**, this 19th day of September, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**